PER CURIAM.
Affirmed. State v. Dent, 322 So.2d 543 (Fla.1975); State v. Roby, 246 So.2d 566 (Fla.1971); Scaldeferri v. State, 294 So.2d 407 (Fla. 3d DCA 1974); Sims v. State, 184 So.2d 217 (Fla. 2d DCA 1966); United States v. Faulkner, 538 F.2d 724 (6th Cir. 1976); Gomien v. State, 172 So.2d 511 (Fla. 3d DCA 1965); Jacobs v. State, 389 So.2d 1054 (Fla. 3d DCA 1980); State v. Shaktman, 389 So.2d 1045 (Fla. 3d DCA 1980); State v. Steinbrecher, 389 So.2d 1043 (Fla. 3d DCA 1980); Trinidad v. State, 388 So.2d 1063 (Fla. 3d DCA 1980); Franco v. State, 376 So.2d 1168 (Fla. 3d DCA 1979); Zamot v. State, 375 So.2d 881 (Fla. 3d DCA 1979).